CHAPMAN, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Olive A. Chapman against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. A certified copy of an order made by the trial justice, granting a new trial and setting aside and vacating the judgment appealed from, having been filed with this court, a decision of this appeal is rendered unnecessary.

CHEMICAL NAT. BANK OF NEW YORK, Respondent, v. KELLOGG, Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by the Chemical National Bank of New York against Amy H. Kellogg. P. A. Hargous, for appellant. W. D. Tyndall, for respondent. No opinion. Judgment affirmed, with costs.

CITY OF NEW YORK v. KEENER. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by the city of New York against William A. Keener. No opinion. Motion denied.

CLARK, Appellant, v. BUFFALO & W. ELECTRIC RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Action by Arthur E. Clark against the Buffalo & Williamsville Electric Railway Company.

PER CURIAM. Appeal dismissed, without costs. Held, it appearing that the action is now being tried, the consideration of the appeal from this order is unnecessary.

COLE, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by William D. Cole against William B. Smith. No opinion. Motion denied, with $10 costs.

COLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by William D. Cole against William B. Smith. No opinion. Motion denied.

COLFORD, Appellant, v. HUDSON VALLEY RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Sarah Colford against the Hudson Valley Railway Company. No opinion. Judgment unanimously affirmed, with costs.

COLMIER, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Herman Colmier against the city of Syracuse.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to answer, upon payment of the costs of the demurrer and of this appeal.

STOVER, J., not voting.

COLUMBIA REALTY CO., Respondent, v. SECHER, Appellant. (Supreme Court, Appellate Term. June 22, 1903.) Action by the Columbia Realty Company against Louis Secher. From an order setting aside the verdict of a jury in favor of defendant, he appeals. Affirmed.

PER CURIAM. This is an appeal from an order setting aside the verdict of a jury in favor of the tenant in summary proceedings instituted by a landlord to recover possession of demised premises for nonpayment of rent. The defense was an eviction from a portion of the demised premises. In a memorandum filed by the trial judge, one of the reasons given by him for setting aside the verdict was that "the defendant did not sustain the burden of proof. The preponderance of evidence and the quality of the same was with the landlord." After a careful reading of the testimony in the record, we have arrived at the same conclusion as the trial judge, and deem him perfectly correct in his decision. Order affirmed, with costs to abide event.

COMMERCIAL WOOD & CEMENT CO., Appellant, v. NORTHAMPTON PORTLAND CEMENT CO., Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by the Commercial Wood & Cement Company against the Northampton Portland Cement Company. A. J. Rose, for appellant. W. H. Stayton, for respondent. No opinion. Order (84 N. Y. Supp. 38), affirmed, with $10 costs and disbursements.

CONNELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Millie J. Connell, as administratrix, against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

CONNOR v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Raymond Connor, an infant, against the Metropolitan Street Railway Company. No opinion. Motion denied, with $10 costs.

COON, Appellant, v. TOWN OF ALFRED, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Mary E. Coon against the town of Alfred.

PER CURIAM. Judgment affirmed, with costs.

STOVER, J., not voting.

COOPER, Respondent, v. COOPER et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by R. J. Cooper, on behalf of himself and all other creditors of William C. Cooper, deceased, against Maggie E. Cooper and Frank